# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Brice C. Moore, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:18-cv-00191-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| T. Hamilton | ) | |
| T. A. Boysworth | ) | |
| H. Corpening, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2019 Order.

January 11, 2019

_____
Frank G. Johns, Clerk
United States District Court