UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-00191-FDW

| | |
|---|---|
| BRICE C. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| H. CORPENING, et al. ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for the Court to Order Marion Correctional to Return My Legal Property Back in My Possession, And to Leave It Alone. And That the Court will Grant Protective Custody to Plaintiff. Reasons Stated Below for Support of Both Request." [Doc. 30].

Pro se Plaintiff Brice C. Moore ("Plaintiff") is a prisoner of the State of North Carolina, currently incarcerated at Central Prison, North Carolina. Plaintiff filed this action on July 10, 2018, pursuant to 42 U.S.C. § 1983. [Doc. 1]. The Court dismissed Plaintiff's Complaint on January 11, 2019, as duplicative of another lawsuit brought by the Plaintiff pending in this Court, Civil Case No. 1:19-cv-00005-FDW ("Case No. 1:19-cv-5"). [Doc. 22]. Case No. 1:19-cv-5 was also dismissed as duplicative of another lawsuit filed by Plaintiff with this Court, Civil Case No. 1:19-cv-00091-FDW ("Case No. 1:19-cv-91"). [Case No. 1:19-cv-5, Doc. 17]. In Case No. 1:19-cv-91, due to an extreme number of filings by the Plaintiff, many of which were duplicative, the Court ordered that Plaintiff must seek leave of Court before filing any further documents in that case. [Case No. 1:19-cv-91, Doc. 36].

It appears Plaintiff has filed the pending motion in this closed case, instead of in Case No. 1:19-cv-91, to avoid the Court's Order to seek leave of Court before filing a document. The Court will deny Plaintiff's motion on this ground alone. Additionally, in the pending motion, Plaintiff seeks primarily the return of his legal property and to be placed in protective custody. Plaintiff, however, has been transferred to Central Prison since filing the instant motion. As such, the relief he seeks is moot, in any event. The Plaintiff's motion is denied.

**IT IS, THEREFORE, ORDERED** that:

Plaintiff's motion [Doc. 30] is **DENIED**.

Signed: December 18, 2019

Frank D. Whitney
Chief United States District Judge